UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

<u>IN RE CONNIE ABRAHAM</u>

CONNIE ABRAHAM,

                                      Appellant,                      21 **CIVIL** 1628 (MKV)

          -against-                                 **<u>JUDGMENT</u>**

FAY SERVICING, LLC, as servicer for
Wilmington Trust, National Association, not in its
individual capacity, but solely as trustee for MFRA
Trust 2015-1,

                                    Appellees.
-------------------------------------------------------------X

<u>IN RE CONNIE ABRAHAM</u>

CONNIE ABRAHAM,

                                      Appellant,                      21 **CIVIL** 1688 (MKV)

          -against-                                 **<u>JUDGMENT</u>**

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as trustee for the Registered Holders
of Saxon Asset Securities Trust 2006-2 Mortgage
Loan Asset Backed Certificates, Series 2006-2,

                                    Appellee.
-----------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order of Dismissal dated November 30, 2021, the Motion of Appellee Fay Servicing, LLC, as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, to dismiss Ms. Abraham's appeal is

GRANTED. In addition, the Court DISMISSES both appeals with prejudice for lack of subject matter jurisdiction. The Clerk of Court is respectfully requested to close both appeals and the Motion to Dismiss at docket entry 9 in Case No. 21-cv-01628.

In the event that Appellant elects to proceed *in forma pauperis* on appeal from this Opinion & Order, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any such appeal would not be taken in good faith and therefore denies in forma pauperis status. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); accordingly, both cases are closed.

**Dated:**  New York, New York
November 30, 2021

                                        RUBY J. KRAJICK
                                        _____
                                        **Clerk of Court**
                                BY:     *[signature: David J. Thomas]*
                                        _____
                                        **Deputy Clerk**